JILL JONES-SODERMAN
10 CORNELISON AVE.
NYACK, NEW YORK 10960

BY FAX & EXPRESS MAIL                    DOCKET NO. 10 - 3111

ATT. COURT CLERK – M. WALDRON
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT COURT OF APPEALS
21400 US COURT HOUSE
601 MARKET ST.
PHILA., PA. 19106

Dear Ms. Waldron,

I am forwarding you my final reply to the Briefs that I have received from the various defendants.

I have not received the Brief of Margaret Mary McVeigh. I am aware that such a brief was filed from the docket file.

I apologize for the lateness of my reply.

Thank you for your consideration,

Sincerely,

Jill Jones – Soderman

CC's – ALL DEFENDANTS NAMED

This action is grounded in my - Plaintiff-Appellant - assertion that a group of people, both governmental employees and private citizens, conspired to remove her New Jersey license to practice as a licensed clinical social worker. It stems from a single incident at the Superior Court of the State of New Jersey, Family Court Part. My case was dismissed at the threshold by the District Court.

Two defendants, Michael Kuhns, Esq., and Paul Dasher, Ph.D, a Court appointed psychologist, apparently defaulted below. Another, Richard Gruber, Esq., was out of the country and could not be served. Two other defendants, Steven Schippione, Esq., and Anita Rae Manns, Esq., appeared below and Mr. Schippione has filed a responsive brief herein which has been joined by Ms. Manns.

The most extensive opposition to my assertions is the State of New Jersey with the State Attorney General's Office filing a voluminous responsive brief herein on behalf of the Attorney General's Office, various attorneys and two judges.

The case was dismissed for two primary reasons, statute of limitations and immunity. The statute argument on behalf of all defendants focuses

on the duration of relevant statutory periods and ignores the truth as to when I became aware of facts that would have told me what had occurred. Although the seminal correspondence from Justice Margaret Mary McVeigh was written in 2001, I did not see that letter until it was shown to me in or about June of 2006. Within two years, in April of 2008, I started this action. Thus, two year limitation periods – or any longer periods – had not run.

I do not doubt that in certain instances governmental officials are – and certainly need to be – protected from lawsuits. However, in this instance the correspondence by Justice Margaret Mary McVeigh was not in the normal course of her judicial role as I was not involved as a professional in a case before her. In fact, I was sequestered and never permitted to testify as a fact witness.

I have never met Justice Margaret Mary McVeigh and the content of her correspondence was entirely hearsay. The salient information contained therein was false and defamatory. The involvement of the rest of the defendants falls into the category of people who either wanted to curry favor with the judiciary or were simply afraid to do their jobs either as public officers or private attorneys. It is not surprising that I call the concerted action of this group a conspiracy. Some wanted to silence me. Some simply did not care.

I must respectfully request that my appeal be granted and that I permitted in the District Court to continue my quest for full and fair treatment of my case.